**Exhibit A**

*RE:* **JOSEPH KNAPP**
      *TIME SLIPS SUMMARY*

| DATE | TASK | TIME |
|---|---|---|

ATTORNEY TIME:

| | | |
|---|---|---|
| 12/14/16 | Research and conference with debtor | 1.0 |
| 12/14/16 | Draft application to employ Broker and Attorney | 3.0 |
| 12/15/16 | Research, draft Motion to Approve Sale | 3.5 |
| 1/6/17 | Finalize, file and serve Motion to Authorize Sale | 3.0 |

.Total Attorney time:   10.5 hours @ 350.00 per hour   =   $3,675.00

**Total Fee:**                                                **$3,675.00**